in an action of the case for refuseing quietly to give possession of one halfe part of the pinke Prosperous of Piscataqua formerly belonging to William Bickham but since unto the s$^d$ Peter Lidgett by virtue of a bill of Sale as may appeare with all other due damages according to attachm$^t$ dat$^d$ March. 30$^o$ 1677. . . . The Jury . . . found for the Defend$^t$ costs of Court allow$^d$ thirty four Shillings and eight pence.

### PRESSON ag$^t$ GANNET

Daniel Presson Senio$^r$ plaint. ag$^t$ Matthew Gannet junio$^r$ Defend$^t$ The plaint. withdrew his action.

### NEWCOMB agt. WARDELL

Andrew Newcomb plaint. ag$^t$ James Wardell Def$^t$ in an action of the case for that the s$^d$ Wardell refuseth to pay one third part of a fine of Fifteen pound & fees of Court; which the s$^d$ Newcomb was Sentenced to pay at the Court of Assistants in. 7$^{br}$ last for running upon a small boate wherein was severall worthy Gentlemen in which action the s$^d$ Wardall was equally concerned being s$^d$ Newcombs mate and with him at the same time upon equall shares as aboves$^d$ and yet refuseth to pay part of the fine whereby the s$^d$ Newcomb is damnified above five pounds in mony with other due damages according to attachm$^t$ dat$^d$ Feb$^r$ 6$^o$ 1676. . . . The Jury . . . found for the Def$^t$ costs of Court allow$^d$ Seven Shillings and four pence.

[ See Newcomb's Sentence, above, pp. 695-7.]

### ORCHARD agt. GILBERT

Robert Orchard plaint. ag$^t$ William Gilbert Defend$^t$ in an action of the case for not paying the summe of twelue pound the s$^d$ Gilbert was obliged to pay unto the s$^d$ Orchard [ 438 ] in mony or worke to the value thereof & all other due damages according to attachm$^t$ dat$^d$ February. 7$^o$ 1676. . . . The Jury . . . found for the plaintife Six pound four shillings mony or worke to the value thereof and costs of Court allow$^d$ twenty nine Shillings and four pence.

Execucion issued pr$^o$ May. 1677.

[ S. F. 162161

To y$^e$ hon$^r$ble y$^e$ Court of Assistants

The humble Petition of Robert Orchard Feltmaker Humbly Sheweth

That yo$^r$ Pet$^r$ haveing Jn England entertained a Serv$^t$ named W$^m$ Gilbert to Serve him Jn New Engl$^d$ in his Trade & Calling for two years & hath been att